UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 1 2010
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

Blanca Tristani and Miguel Castro,

Plaintiffs,

v.

California Recovery Bureau, Inc.; and DOES 1-10, inclusive,

Defendants.

Civil Action No.: No: 6:10-cv-00538-NAM-and·
ATB
6:10-cv-872 NAM

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against/with prejudice and without costs to any party.

Blanca Tristani and Miguel Castro

_____
Stephen Taylor, Esq.
LEMBERG & ASSOCIATES
1100 Summer Street, 3rd Floor
Stamford, CT 06905
(203) 653-2250
Fax: (203)653-3424
Attorney for Plaintiff

California Recovery Bureau, Inc.

_____
Arthur Sanders, Esq.
Mel S. Harris & Associates, LLC
5 Hanover Square
8th Floor
New York, NY 10004
212-660-1050
Fax: 646-454-2104
Attorney for Defendant

SO ORDERED